MN-305

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In RE:

TRAN, HAI MINH,

Case No. 05-30662
Chapter 7

Debtor(s).

**UNCLAIMED DIVIDENDS/DISTRIBUTION LESS
THAN $5.00 FOR DEPOSIT TO REGISTRY FUND**

Please Check One:

☐ UNCLAIMED DIVIDENDS

■ DISTRIBUTION LESS THAN $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ANDERSON PRODUCE<br>2296 TERMINAL ROAD<br>ROSEVILLE, MN 55113 | 1 | 2,006.93 | 3.10 |
| TARGET NATL BANK<br>C O WEINSTEIN RILEY, 2101 4TH AVE STE 900<br>SEATTLE, WA 98121 | 6 | 359.13 | 0.55 |
| ATLANTIC CREDIT FINANCE INC<br>PO BOX 13386<br>ROANOKE, VA 24033-3386 | 9 | 822.65 | 1.27 |
|  |  |  |  |

Date:   March 3, 2010

/e/ Patti J. Sullivan
Patti J. Sullivan, Trustee

DISTRIBUTION:
  Original to Clerk of Court

